78

(No. 6743 )

Raymond L. Terrell, Claimant, *vs.* State of Illinois, Department of Insurance, Respondent.

*Opinion filed October 10, 1972.*

Raymond L. Terrell, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6791 )

Carrie M. Webster, As the Widow of and on behalf of the Estate of Robert S. Webster, Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed October 10, 1972.*

Kleiman, Cornfield and Feldman, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.